**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10451 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00626-DOC-1 |
| v. | |
| OSCAR JAIME NUNEZ-DENIZ, a.k.a. Oscar Nunez, a.k.a. Oscar Jaime Nunez, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted October 18, 2016**

Before: HUG, FARRIS, and CANBY, Circuit Judges.

Oscar Jaime Nunez-Deniz appeals from the district court's judgment and

challenges his 63-month sentence for being an illegal alien found in the United

States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders*

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*v. California*, 386 U.S. 738 (1967), Nunez-Deniz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Nunez-Deniz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Nunez-Deniz has waived his right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.